FILED
CLERK, U.S. DISTRICT COURT
FEB - 1 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Silverio Collazo,<br>Defendant. | Case No. CR 22-00059-FLA-2<br><br>ORDER OF DETENTION AFTER HEARING HELD PURSUANT TO 18 U.S.C. ~~§ 3148(B)~~ § 3143(a)<br><br>(Alleged Violation Of Conditions Of Pretrial Release) |

**A.**

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge _Aenlle-Rocha_, and the Court having conducted a hearing on the ~~alleged violation(s),~~ issue of detention or bail.

**B.**

The Court finds

(1)

    (A) ( ) that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

|   |   |   |   |
|---|---|---|---|
| 1 | (B) | ( ) | that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following: |

        _____

        _____

        _____

and

(2)

    (A)   (X)   that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

    (B)   ( )   that the defendant is unlikely to abide by any condition or combination of conditions of release;

and/or, in the event of (1)(A)

(3)   (X)   that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community;

or

(4)   ( )   that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. *See* separate order setting conditions;

       ( )   This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge];

or

C.

☒ IT IS ORDERED that the defendant be detained prior to ~~trial.~~ his revocation hearing

Dated: 2/1/2023

_Alf MacK_
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE